UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MAIA MCFLIGGINS, | No. JFM 02 CV-224 |
| Plaintiff, | COMPLAINT FOR DECLARATORY RELIEF, |
| v. | AND FOR DAMAGES; CONSTITUTIONAL |
| WOMENS HOUSING COALITION, et. al., | AND CIVIL RIGHTS VIOLATIONS; FAILURE TO COMPLY WITH |
| Defendants. | STATUTORY DUTY. |

**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

Upon consideration of the Parties' Stipulation for Dismissal With Prejudice, filed by Plaintiff on April _26_, 2002, in the United States District Court for the District of Maryland, it is hereby, this the _29th_ day of April, 2002,

**ORDERED:**

The above-captioned action is hereby dismissed **WITH PREJUDICE**.

_____
J. Federick Motz
United States District Judge



